**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
MARIA ESTELA RAMIREZ,           )    No. EDCV 13-793 CW
                                )
          Plaintiff,            )    JUDGMENT
                                )
     v.                         )
                                )
CAROLYN W. COLVIN, Acting       )
Commissioner, Social Security   )
Administration,                 )
                                )
          Defendant.            )
_____)
```

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.

DATED: November 26, 2014

_____
CARLA M. WOEHRLE
United States Magistrate Judge